IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RODEGUISE CALHOUN,
        Petitioner,
   v.
ALVIN W. KELLER,
        Respondent.

**Judgment in a Civil Case**

Case Number: 5:10-HC-2168-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on December 14, 2011, with service on:
Rodeguise Calhoun 0651157, Wayne Correctional Center, Caller Box 8011, Goldsboro, NC 27530 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

December 14, 2011

/s/ Dennis P. Iavarone
Clerk

Raleigh, North Carolina